✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |

TATE, TERRANY L

113 ARROWHEAD RD

CM/ECF Case No. 4:25-PO-00375-AGH

Case No.    GM1        E2279405

USM No.

FORT BENNING, GA 31905

_____
Defendant's Attorney

**THE DEFENDANT:**  TATE, TERRANY L

☑  **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA 40-6-181 | Excessive Speed 67/45 reduced to 58/45 | 8/11/2025 | 1 |

☐  Count(s)  _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $190.00 | $ 10.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    0744

Defendant's Year of Birth:    1999

City and State of Defendant's Residence:
FORT BENNING, GA

06/02/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/02/2026
_____
Date

AO 245H   (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT:      TATE, TERRANY L

CASE NUMBER:  GM1           E2279405        CM/ECF Case No. 4:25-PO-00375-AGH

DISTRICT:        MIDDLE DISTRICT OF GEORGIA

### Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:      ###-##-0744

Defendant's Date of Birth:      11/12/1999

Defendant's Residential Address :   113 ARROWHEAD RD

                                    FORT BENNING, GA 31905

Defendant's Mailing Address :
*(if different)*